**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-6816**

JAMES A. HENSON, JR.,

              Plaintiff - Appellant,

        v.

LIEUTENANT LIKIN; SERGEANT MERLIN; CO/2 J. YOMMER; CO/2 V.
LARK; CO/2 B. WILBURN; CO/2 G. WILSON; CO/2 HENDRICKS; CO/2
S. A. WILSON; CO/2 M. E. RANDALL; CO/2 W. L. LOGSON;
LIEUTENANT R. M. FRIEND; SERGEANT W. E. MILLER; CO/2 D.
KRAMPF; CO/2 JESSE HENDERSON; CO/2 WAGNER; LIEUTENANT J.
JOHNSON; SERGEANT J. KRUMPACH; SERGEANT S. E. ENGLE,

              Defendants – Appellees,

        and

OFFICE OF THE ATTORNEY GENERAL OF MARYLAND,

              Party-in-Interest.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Roger W. Titus, District Judge.  (8:11-
cv-02719-RWT)

Submitted:  June 14, 2012                Decided:  June 20, 2012

Before WILKINSON, NIEMEYER, and KEENAN, Circuit Judges.

Dismissed by unpublished per curiam opinion.

James A. Henson, Jr., Appellant Pro Se.  Rex Schultz Gordon, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James A. Henson, Jr. seeks to appeal the district court's potential dismissal of his action. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-46 (1949). Henson has not sought to appeal any order but instead filed a conditional notice of appeal in the event that the district court rules unfavorably in his action. Thus, there is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED